**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **BALISIA BLANCHARD**, et al., | |
| Plaintiffs, | **Case No. 2:19-cv-746** |
| **v.** | **Judge Graham** |
| **IMPACT COMMUNITY ACTION,** | **Magistrate Judge Jolson** |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of the January 17, 2020, Report and Recommendation of Magistrate Judge Jolson. (ECF No. 19.) Magistrate Judge Jolson considered Plaintiffs' Motion to Remand to State Court (ECF No. 3) and the accompanying exhibit submitted and recommended that Plaintiffs' motion be granted and further recommended that Plaintiffs' request for attorney's fees be denied. (ECF No. 19 at 657.) For the reasons set forth below, the Court **ADOPTS** the Report and Recommendation issued by Magistrate Judge Jolson (ECF No. 19). Plaintiffs' Motion to Remand to State Court (ECF No. 3) is **GRANTED,** and Plaintiffs' request for attorney's fees is **DENIED**.

The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen (14) days "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (ECF No. 19 at 658.) The January 31, 2020 deadline for filing objections to the Report and Recommendation has since expired, and no party has objected to the Report and Recommendation.

1

The Court therefore **ADOPTS** the Report and Recommendation of Magistrate Judge Jolson. (ECF No. 19.)  Plaintiffs' Motion for Remand (ECF No. 3) is **GRANTED,** and Plaintiffs' request for attorney's fees is **DENIED**.  This case is hereby **REMANDED** to state court.

    **IT IS SO ORDERED**.

/s/ James L. Graham_____
JAMES L. GRAHAM
United States District Judge

DATE: February 6, 2020